Michael Schumacher (#262403)
**RIGRODSKY & LONG, P.A.**
155 Jackson Street, #1903
San Francisco, CA 94111
Telephone: (415) 855-8995
Facsimile: (302) 654-7530
ms@rl-legal.com

*Attorneys for Plaintiff*

*[Additional counsel on signature page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN VANA, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>IMPAX LABORATORIES, INC., ATLAS HOLDINGS, INC., K2 MERGER SUB CORPORATION, LESLIE Z. BENET, PAUL M. BISARO, J. KEVIN BUCHI, ROBERT L. BURR, ALLEN CHAO, MARY K. PENDERGAST, PETER R. TERRERI, JANET S. VERGIS, and AMNEAL PHARMACEUTICALS LLC,<br><br>　　　　　　　　Defendants. | Case No. 3:17-cv-07079<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

　　　　PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

| | | |
|---|---|---|
| 1 | Dated:  March 5, 2018 | **RIGRODSKY & LONG, P.A.** |
| 2 | | By:  /s/Michael Schumacher |
| | | Michael Schumacher (#262403) |
| 3 | | 155 Jackson Street, #1903 |
| 4 | | San Francisco, CA 94111 |
| | | Telephone: (415) 855-8995 |
| 5 | | Facsimile: (302) 654-7530 |
| | | ms@rl-legal.com |

Brian D. Long
Gina M. Serra
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5301
Facsimile: (302) 654-7530
bdl@rl-legal.com
gms@rl-legal.com

*Attorneys for Plaintiff*

2
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL